IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY ROACH,

        Petitioner,                No. 2:11-cv-2286 JFM (HC)

    vs.

R. HILL, Warden,

        Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

/////

/////

/////

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Petitioner's request to proceed in forma pauperis is granted;

3        2.  Respondent is directed to file an answer within forty-five days from the date of

4   this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the

5   answer any and all transcripts or other documents relevant to the determination of the issues

6   presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

7        3.  Petitioner's traverse, if any, is due on or before thirty days from the date

8   respondent's answer is filed;

9        4.  The Clerk of the Court shall serve a copy of this order together with a copy of

10  petitioner's application for writ of habeas corpus and an Order Re Consent or Request for

11  Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

12  DATED: September 13, 2011.

13

14  _____
    UNITED STATES MAGISTRATE JUDGE

15

16  12
    roac2286.100

17

18

19

20

21

22

23

24

25

26